**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JENNA CLANCY, ADRIENNE KARIM,
And GREGG WELTE

    Plaintiffs,

  v.           Civil Action No. 1:23-cv-00392
                Hon. Jane Beckering
THE HERSHEY COMPANY,

    Defendant.

---

**DEFENDANT THE HERSHEY COMPANY'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Hershey Company states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of The Hershey Company's stock.

         Respectfully Submitted,

Dated:  June 13, 2023      **MORGAN, LEWIS & BOCKIUS LLP**

         */s/ Stephanie Sweitzer*
         Stephanie L. Sweitzer (P66376)
         MORGAN, LEWIS & BOCKIUS LLP
         110 North Wacker Drive, Suite 2800
         Chicago, IL 60606
         +1.312.324.1000
         stephanie.sweitzer@morganlewis.com

         Michael S. Burkhardt (*admission application pending*)
         Ali M. Kliment (*admission application pending*)
         Shelby Krafka (*admission application pending*)
         MORGAN, LEWIS & BOCKIUS LLP

1701 Market Street
Philadelphia, PA 19103
+1.215.963.5000
michael.burkhardt@morganlewis.com
ali.kliment@morganlewis.com
shelby.krafka@morganlewis.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing Defendant the Hershey Company's Rule 7.1 Corporate Disclosure Statement was served via the Court's electronic filing system on the following counsel of record:

Noah S. Hurwitz (P74063)
Brendan J. Childree (P85638)
HURWITZ LAW PLLC
340 Beaks St., Suite 125
Ann Arbor, MI 48104
+1.844.487.09489
Noah@hurwitzlaw.com
Brendan@hurwitzlaw.com

/s/ Stephanie Sweitzer
Stephanie L. Sweitzer (P66376)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606
+1.312.324.1000
stephanie.sweitzer@morganlewis.com

3