UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNA CLANCY, et al.,

    Plaintiffs,

v.

THE HERSHEY COMPANY,

    Defendant.

_____/

Case No. 1:23-cv-392

HON. JANE M. BECKERING

## **JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiffs' Complaint is DISMISSED with prejudice.

Dated: December 12, 2023

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge